**MARIANNE T. O'TOOLE**

United States Bankruptcy Trustee

22 Valley Road

Katonah, New York 10536

Telephone:  (914) 232-1511

September 25, 2018

Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

   Re: In re Cangiano, Anna
      Case No. 18-22372 RDD

Clerk:

  I am the Trustee in the above referenced Chapter 7 case.

  This case was originally classified as a no asset case.  It appears that there may be assets in this case for distribution to creditors and that payment of a dividend may be possible.  Please send a notice to all creditors advising them of the possibility of payment of a dividend and that they may file claims.

        Very truly yours,

        /s/ Marianne T. O'Toole

        MARIANNE T. O'TOOLE
        Chapter 7 Trustee